**Eldon BUGG, Appellant,**

v.

**Peggy BOOTS, Clerk of Randolph County Circuit Court; Honorable Cynthia Suter, Associate Circuit Judge, Appellees.**

No. 09–2264.

United States Court of Appeals,
Eighth Circuit.

Submitted: Feb. 18, 2010.

Filed: Feb. 23, 2010.

Eldon Bugg, Boonville, MO, pro se.

District Judge for the District of Minnesota.

Kathleen R. Robertson, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees.

Before BYE, RILEY, and SHEPHERD, Circuit Judges.

PER CURIAM.

Eldon Bugg appeals from the district court's [1] dismissal of his 42 U.S.C. § 1983 action against Peggy Boots, the Circuit Clerk for Randolph County, Missouri, and the Honorable Cynthia Suter, Associate Circuit Judge for Randolph County, seeking declaratory and injunctive relief, and monetary damages. Upon careful review, see *Penn v. United States*, 335 F.3d 786, 789 (8th Cir.2003) (dismissal based on judicial immunity reviewed de novo); *Yamaha Motor Corp., U.S.A. v. Stroud*, 179 F.3d 598, 602 (8th Cir.1999) (dismissal based on *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), reviewed for abuse of discretion); *Martin v. Hendren*, 127 F.3d 720, 721 (8th Cir.1997) (dismissal based on quasi-judicial immunity reviewed de novo), we find no reversible error. Accordingly, we affirm. See 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.